**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 1:18-CR-8-TLS-PRC |
| | ) | |
| NIYAH N. HOWARD, | ) | |
| Defendant. | ) | |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE**
**UPON PLEA OF GUILTY BY DEFENDANT NIYAH N. HOWARD**

TO:    THE HONORABLE THERESA L. SPRINGMANN,
       UNITED STATES DISTRICT COURT

Upon Defendant Niyah N. Howard's request to enter a plea of guilty pursuant to Rule 11 of the

Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R.

Cherry, on May 23, 2018, with the consent of Defendant Niyah N. Howard, counsel for Defendant

Niyah N. Howard, and counsel for the United States of America.

The hearing on Defendant Niyah N. Howard's plea of guilty was in full compliance with Rule

11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Niyah N. Howard under

oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney

and of counsel for Defendant Niyah N. Howard,

I FIND as follows:

(1) that Defendant Niyah N. Howard understands the nature of the charge against her to which

the plea is offered;

(2) that Defendant Niyah N. Howard understands her right to trial by jury, to persist in her plea

of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and

against compelled self-incrimination;

(3) that Defendant Niyah N. Howard understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Niyah N. Howard understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Niyah N. Howard has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Niyah N. Howard is competent to plead guilty;

(6) that Defendant Niyah N. Howard understands that her answers may later be used against her in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Niyah N. Howard's plea; and further,

I RECOMMEND that the Court accept Defendant Niyah N. Howard's plea of guilty to the offense charged in Count 6 of the Indictment and that Defendant Niyah N. Howard be adjudged guilty of the offense charged in Count 6 of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Defendant Niyah N. Howard be adjudged guilty, a sentencing date before the presiding judge will be set by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen days. 28 U.S.C. § 636(b)(1).

SO ORDERED this 23rd day of May, 2018.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT

cc:    Honorable Theresa L. Springmann